FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0549

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**Supreme Court Cause No. DA-0549**

| | |
|---|---|
| PETER B. HUTTON,<br>　　　　Plaintiff and Appellant<br><br>v.<br><br><br>ESTATE OF JERALD L. NYHART,<br>by and through the Personal Representative,<br>SANDY NYHART; POINT OF ROCKS<br>ANGUS RANCH, INC.; SHERRY N.<br>SMITH, an individual<br>　　　　Defendants and Appellees | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　ORDER TO ALLOW<br>)　EXTENSION OF TIME<br>)　TO FILE APPELLANT'S<br>)　OPENING BRIEF<br>)<br>)<br>)<br>)<br>) |

WHEREAS, Appellant Peter B. Hutton has filed a Motion for Extension of Time to file his Opening Brief;

WHEREAS, Appellees' counsel have been contacted and have no objection;

NOW THEREFORE, upon good cause,

IT IS HEREBY ORDERED that Appellant's Opening Brief is due March 9, 2022.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2022